**FILED**
CLERK, U.S. DISTRICT COURT

2/13/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUMERCINDO MARTINEZ, | ) | NO. CV 14-4220-MWF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| AMY MILLER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: February 13, 2015

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE